Town of Mamaroneck, Respondent, v. Larchmont Estates, Inc., Appel-
lant, et al., Defendants.—

Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

Elaine K. Walsh, Appellant, v. R. E. Stiles, Doing Business as Stiles
Motor Company, Respondent.—

Hagarty, Carswell, Johnston, Taylor
and Lewis, JJ., concur.

Hollis V. Warner, Respondent, v. David Feinberg, Appellant.—

No opinion. Present — Close, P. J., Cars-
well, Johnston, Taylor and Lewis, JJ.